IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                     Case No. 07-50034-002

JULIO CESAR SALAZAR-GARCIA                                  DEFENDANT

**ORDER**

Currently before the Court is the defendant's **Motion to Modify Fine Imposed (Doc. 69).** The Court, being and well and sufficiently advised, finds and orders as follows with respect thereto:

1.  Defendant seeks to set aside the $10,000.00 fine imposed by the Court, asserting that he is unable to pay it as he earns only $5.25 a month in prison. The Government opposes defendant's motion.

2.  18 U.S.C. § 3573, the statutory authorization to petition for remission or modification of a fine, is only available to the Government and not the defendant. See United States v. Chacon-Vega, 2008 W.L. 313612, *1 (8th Cir. 2008). Further, as defendant is not in custody in this district, he cannot seek relief under 28 U.S.C. § 2241 in this Court. See id. Finally, a challenge to the imposition of a fine is not cognizable in a 28 U.S.C. § 2255 proceeding. See id.

3.  Accordingly, the Court finds that it lacks jurisdiction over the defendant's **Motion to Modify Fine Imposed (Doc. 69).** The motion is, therefore, **DISMISSED WITHOUT PREJUDICE.**

Defendant's **Application to Proceed In Forma Pauperis (Doc. 68)** is **DENIED** as moot.

IT IS SO ORDERED this 16th day of September, 2008.

<u>/s/ Jimm Larry Hendren</u>
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**